**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARON CARTER,  No. C 08-5095 MHP

    Plaintiff(s), **REFERRAL ORDER**

 v.

MICHAEL J. ASTRUE,

    Defendant(s).
_____/

This matter is hereby referred to Judge Vaughn R. Walker for the purpose of determining whether it is related to C 05-2486 VRW *Sharon Carter -v- Joane Barnhart*, as defined in Civil Local Rule 3-12(a).

Dated: March 26, 2009

MARILYN HALL PATEL
United States District Judge